**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELENA ADAMS, *an individual*, | Case No. 2:25-cv-03982-MWC (PVCx) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 20)** |
| ARS REI USA CORP., *a Florida corporation d/b/a Unode 50*; MARTHA BARRAZA, *an individual*; and DOES, *1 through 50, inclusive*, | **[JS-6]** |
| Defendants. | |

Upon review of the Stipulation for Dismissal with Prejudice ("Stipulation") brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  April 10, 2026

_____
Honorable Michelle Wiliams Court
United States District Judge